U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 3 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

correction officers employed by Sheriff Jones who failed to carry out the hospital doctor's instructions as to plaintiff's medical treatment. In order to amend the complaint so as include the proper defendants herein, plaintiff requests the Court grant him thirty (30) days within which to secure counsel to represent him in this case.

The plaintiff does wish to apologize to the Court for his failure to provide a forwarding address upon his release from the NPDC. Nevertheless, his claims are legitimate and not frivolous, and he asks the Court to allow him thirty (30) days within which to hire counsel, amend the complaint, and thereafter require the defendants to be served and ordered to file responsive pleadings.

Respectfully submitted,

07-602-A

Oscar D. Beasley, Jr., pro se

Beasley v. Natchitoches Parish

ORDER

THIS "MOTION" WILL NOW BE GRANTED BUT THE ARGUMENTS WILL BE CONSIDERED AS OBJECTIONS TO THE REPORT + RECOMMENDATION ONCE THE "R+R" IS RECEIVED BY THE UNDERSIGNED.

ALEXANDRIA, July 31, 2007

DISTRICT JUDGE