RECEIVED
IN ALEXANDRIA, LA
AUG 23 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| OSCAR D. BEASLEY, JR. | DOCKET NO. 07-CV-0602 |
| VERSUS | JUDGE DRELL |
| NATCHITOCHES PARISH DETENTION CENTER | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by the plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted, pursuant to 42 U.S.C. §1997e and 28 U.S.C. §1915(e)(2)(b)(i) and (ii).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 23rd day of August, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE